IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RO'S TAVERN, LLC, A FLORIDA
LIMITED LIABILITY COMPANY,
D/B/A THE PINEAPPLE PLACE,
JAMES V. KOEPKE, AND MATTHEW
HOOSHMANDAN,

     Appellants,

  v.

DAVID A. HURLEY, AS TRUSTEE
OF THE DAVID A. HURLEY FAMILY
TRUST U/A/D MARCH 11, 1997, AND
PETER PAN PROPERTIES, LLC, A
FLORIDA LIMITED LIABILITY COMPANY,

     Appellees.

_____/

Case No.  5D22-555
LT Case No. 2017-CA-002021-A

Decision filed May 2, 2023

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Scott E. Siverson , of Siverson
Law Firm PLLC, Winter Garden,
for Appellants.

Zachary T. Broome , of Bowen | Schroth,
Eustis, for Appellees.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.